```
STATE OF INDIANA    )           IN THE LAKE COUNTY SUPERIOR COURT
                    ) SS:       CIVIL DIVISION ROOM 5
COUNTY OF LAKE      )           SITTING IN HAMMOND, INDIANA

MARY EDWARDS and BRET EDWARDS )
     Plaintiffs,             )
                             )
vs.                          )   CAUSE NO.: 45D05-2110-CT-1025
                             )
EDISON EGALITE and           )
ROADWAY MOVERS, INC.,        )
     Defendants.             )
```

## COMPLAINT

Comes now Plaintiffs, Mary Edwards and Bret Edwards by counsel, the Law Offices of Matthew D. LaTulip, P.C., Matthew D. LaTulip, and for cause of action against the Defendants states as follows:

1. That the Plaintiffs, Mary Edwards and Bret Edwards, at all times relevant herein, are a resident of the State of Indiana.

2. That the Defendant, Edison Egalite, at all times relevant herein, is a resident of the county of Suffolk, State of Massachusetts.

3. That the Defendant, Roadway Movers, Inc., is a corporation conducting business within the County of Lake, State of Indiana.

### Count I

4. That Plaintiffs hereby incorporate by reference rhetorical paragraphs 1-3 of the jurisdiction section of their Complaint as if each were set forth fully herein.

5. That on February 19, 2020, the Plaintiff, Mary Edwards, was the driver in a vehicle traveling south bound on Interstate 65,

**EXHIBIT A**

at or near State Raod 2, in Lowell, Lake County, Indiana.

6.   That at said place and time, Defendant, Edison Egalite, drove his vehicle in such a negligent and/or wanton and/or reckless manner so as to strike the rear of the vehicle being driven by the Plaintiff, Mary Edwards.

7. That at said place and time, the Defendant, Edison Egalite, was acting as an agent and/or employee of and within the scope of his agency with Defendant, Roadway Movers, Inc.

8.   That at the above referenced time of the collision, the Defendant, Roadway Movers, Inc., recklessly or negligently entrusted the Defendant, Edison Egalite, when they knew or should have known that the Defendant, Edison Egalite, was incapable of properly undertaking or completing the safe operation/delivery of goods and such contact was reasonably foreseeable to cause injury.

9.   That as a direct and proximate result of the negligent acts and/or omissions of the aforementioned Defendants, the Plaintiff, Mary Edwards, was severely and permanently injured, incurred medical expenses for care, testing, and treatment, and suffered mental and physical pain, loss of earnings, loss of earnings capacity, disfigure and deforming, humiliation, and mental anguish.

**WHEREFORE**, Plaintiffs, Mary Edwards and Bret Edwards, demand judgment against the Defendants, Edison Egalite and Roadway Movers, Inc., and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the

premises.

                             LAW OFFICES OF MATTHEW D. LATULIP, P.C.
                             Attorneys for the Plaintiff

                             /s/ Matthew D. LaTulip
                             Matthew D. LaTulip

## **Count II**

Come now Plaintiffs, Mary Edwards and Bret Edwards, by counsel, Matthew D. LaTulip, and for their cause of action against the Defendants, Edison Egalite and Roadway Movers, Inc., hereby state as follows:

    10. That Plaintiffs hereby incorporate by reference rhetorical paragraph 1-3 of the jurisdiction section of their Complaint and rhetorical paragraphs 4-9 of Count I of their Complaint as if each were set forth fully herein.

    11. That Defendant, Roadway Movers, Inc., negligently hired and/or retained Defendant Edison Egalite, which resulted in this incident.

    **WHEREFORE**, Plaintiffs, Mary Edwards and Bret Edwards, demand judgment against the Defendants, Edison Egalite and Roadway Movers, Inc., and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

                              LAW OFFICES OF MATTHEW D. LATULIP, P.C.
                              Attorneys for the Plaintiff

                              /s/ Matthew D. LaTulip
                              Matthew D. LaTulip


## **COUNT III**

Come now Plaintiffs, by counsel, and for third paragraph of Complaint against Defendant, allege and state as follows:

12. That Plaintiffs hereby incorporate by reference rhetorical paragraph 1-3 of the jurisdiction section of their Complaint and rhetorical paragraphs 4-9 of Count I of their Complaint as if each were set forth fully herein and rhetorical paragraphs 10-11 of Count II of their Complaint as if each were set forth fully herein

13. That at all times relevant herein, Bret Edwards was and is and continues to be the lawful wedded spouse of Mary Edwards.

14. That as a direct and proximate result of the Defendant's negligence, and/or wanton, and/or reckless, and/or intentional conduct, the Plaintiff, Bret Edwards, as the lawful wedded spouse of the Plaintiff, Mary Edwards, suffered a loss of consortium.

WHEREFORE, Plaintiffs, Mary Edwards and Bret Edwards, demand judgment against the Defendants, Edison Egalite and Roadway Movers, Inc., and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

**Jury Demand**

Comes now Plaintiff, by counsel, and demands trial by jury.

        LAW OFFICES OF MATTHEW D. LATULIP, P.C.
        Attorneys for the Plaintiff

        /s/ Matthew D. LaTulip
        Matthew D. LaTulip #22435-49
        Easton Court
        260 E. 90th Dr.
        Merrillville, IN. 46410
        Tel: (219) 756-7600
        Fax: (219) 756-0639
        LaTulipLaw1@yahoo.com Email